No. 61. ADA C. MONGRAIN *v.* W. H. AARON ET AL. Error to the Supreme Court of the State of Oklahoma. Sub-

mitted October 21, 1920. Decided December 6, 1920. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of § 237 of the Judicial Code, as amended by the Act of September 6, 1916, c. 448, § 2, 39 Stat. 726. *Mr. Preston A. Shinn* for plaintiff in error. *Mr. Nathan B. Williams* and *Mr. George B. Denison* for defendants in error.